IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HANCOCK BANK, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No.:   09-767 |
| | * |
| BON SECOUR VENTURES, LLC, | * |
| PETER R. MORRIS, PRM REALTY | * |
| GROUP, LLC, AND THOMAS J. | * |
| LANGAN, | * |
| Defendants. | * |

## COMPLAINT

Plaintiff Hancock Bank ("Hancock"), a Mississippi banking corporation, sues defendants Bon Secour Ventures, LLC, ("Bon Secour"), Peter R. Morris ("Morris"), PRM Realty Group, LLC ("PRM"), and Thomas J. Langan ("Langan"), and as its complaint states as follows:

### Parties

1. Hancock is a Mississippi banking corporation.

2. Bon Secour is an Alabama limited liability company organized and existing under laws of the State of Alabama.

3. PRM is an Illinois limited liability company organized and existing under the laws of the State of Illinois.

4. Morris is an adult individual and, upon information and belief, a resident of either the state of Illinois or Texas.

5. Langan is an adult individual and is a resident of Mobile County, Alabama.

## Jurisdiction and Venue

6. Hancock realleges the allegations set forth in paragraphs 1 – 5 as if fully set forth herein.

7. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Hancock and defendants and the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(2) and/or (3) because the loan and guaranty agreements made the subject of this action were executed and accepted in Mobile County, Alabama, and all guarantors consented to venue in Mobile County, Alabama.

## Bon Secour Partners LLC

9. Hancock realleges the allegations set forth in paragraphs 1 – 8 as if fully set forth herein.

10. On or about January 27, 2009, Bon Secour Partners, LLC, executed and delivered to Hancock an amended renewal promissory note, effective September 15, 2008, in the principal amount of $3,545,760.85 (the "Note"). A copy of the Note is attached hereto as Exhibit A.

11. The Note renewed that certain promissory note dated October 24, 2006, in the original principal amount of $3,840,000.00, which was subsequently modified by addendum dated January 28, 2008.

12. Prior to a non-judicial foreclosure scheduled for November 5, 2009, Bon Secour Partners, LLC, on November 3, 2009, filed a Chapter 11 Bankruptcy proceeding in the United States Bankruptcy Court for the Northern District of Texas (Case No.: 09-87580-BJH-11). The bankruptcy filing of Bon Secour Partners, LLC has stayed any attempt to pursue judgment against it in this action.

13. Hancock owns and holds the Note attached hereto as Exhibit A.

14. Bon Secour Partners, LLC defaulted under the Note by failing to make payments as required thereunder.

15. Hancock elected to accelerate the indebtedness under the Note and previously has made demand for payment thereof on Bon Secour Partners, LLC and the guarantors.

16. Under the Note, Bon Secour Partners, LLC owes Hancock principal of $3,545,416.13 that is due with accrued interest, plus late charges, which amount is sought against the guarantors, as more fully set forth below.

## **Count I: Guaranty – Bon Secour**

17. Hancock realleges the allegations set forth in paragraphs 1 – 16 as if fully set forth herein.

18. On or about October 25, 2006, Bon Secour executed and delivered to Hancock a continuing unlimited guaranty agreement. A copy of the Bon Secour guaranty is attached hereto as Exhibit B.

19. Hancock owns and holds the guaranty.

3

20. Hancock has made demand for payment under the guaranty. Bon Secour has defaulted under the guaranty by failing to pay the indebtedness of Bon Secour Partners, LLC to Hancock as agreed.

21. Under the guaranty, Bon Secour owes Hancock principal of $3,545,416.13 that is due with accrued interest, plus late charges.

22. Hancock is obligated to pay its attorneys a reasonable fee for their services.

**WHEREFORE,** Hancock requests judgment against Bon Secour for principal of $3,545,416.13, plus accrued interest, late charges, costs, and attorneys' fees.

### Count II: Guaranty – PRM

23. Hancock realleges the allegations set forth in paragraphs 1 – 16 as if fully set forth herein.

24. On or about October 25, 2006, PRM executed and delivered to Hancock a continuing unlimited guaranty agreement. A copy of the PRM guaranty is attached hereto as Exhibit C.

25. Hancock owns and holds the guaranty.

26. Hancock has made demand for payment under the guaranty. PRM has defaulted under the guaranty by failing to pay the indebtedness of Bon Secour Partners, LLC to Hancock as agreed.

27. Under the guaranty, PRM owes Hancock principal of $3,545,416.13 that is due with accrued interest, plus late charges.

28. Hancock is obligated to pay its attorneys a reasonable fee for their services.

**WHEREFORE,** Hancock requests judgment against PRM for principal of $3,545,416.13, plus accrued interest, late charges, costs, and attorneys' fees.

### Count III: Guaranty – Morris

29. Hancock realleges the allegations set forth in paragraphs 1 – 16 as if fully set forth herein.

30. On or about October 25, 2006, Morris executed and delivered to Hancock a continuing unlimited guaranty agreement. A copy of the Morris guaranty is attached hereto as Exhibit D.

31. Hancock owns and holds the guaranty.

32. Hancock has made demand for payment under the guaranty. Morris has defaulted under the guaranty by failing to pay the indebtedness of Bon Secour Partners, LLC to Hancock as agreed.

33. Under the guaranty, Morris owes Hancock principal of $3,545,416.13 that is due with accrued interest, plus late charges.

34. Hancock is obligated to pay its attorneys a reasonable fee for their services.

**WHEREFORE,** Hancock requests judgment against Morris for principal of $3,545,416.13, plus accrued interest, late charges, costs, and attorneys' fees.

### Count IV: Guaranty – Langan

35. Hancock realleges the allegations set forth in paragraphs 1 – 16 as if fully set forth herein.

36. On or about October 25, 2006, Langan executed and delivered to Hancock a continuing unlimited guaranty agreement. A copy of the Langan guaranty is attached hereto as Exhibit E.

37. Hancock owns and holds the guaranty.

38. Hancock has made demand for payment under the guaranty. Langan has defaulted under the guaranty by failing to pay the indebtedness of Bon Secour Partners, LLC to Hancock as agreed.

27. Under the guaranty, Langan owes Hancock principal of $3,545,416.13 that is due with accrued interest, plus late charges.

39. Hancock is obligated to pay its attorneys a reasonable fee for their services.

**WHEREFORE,** Hancock requests judgment against Langan for principal of $3,545,416.13, plus accrued interest, late charges, costs, and attorneys' fees.

        Respectfully submitted,

        /s/Kirkland E. Reid
        Richard A. Wright (WRI015)
        Kirkland E. Reid (REI023)
        Attorneys for Plaintiff Hancock Bank

OF COUNSEL:

Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
254 State Street
Mobile, Alabama 36603
(251) 432-1414
rwright@joneswalker.com
kreid@joneswalker.com

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL AT THE FOLLOWING ADDRESSES:**

Bon Secour Ventures, LLC
c/o its Registered Agent Thomas J. Langan, Jr.
3380 Hurricane Bay Drive
Theodore, Alabama  36582

PRM Realty Group LLC
c/o its Registered Agent Robert W. Harte
150 North Wacker Drive
Suite 1800
Chicago, Illinois  60606

Peter R. Morris
150 North Wacker Drive
Suite 1120
Chicago, Illinois 60606-1611

Thomas J. Langan
3380 Hurricane Bay Drive
Theodore, Alabama  36582